

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER OF REINSTATEMENT

Appellate case name:     William K. Green v. The State of Texas

Appellate case number:   01-14-00960-CR

Trial court case number: 717215

Trial court:             180th District Court of Harris County

This case was previously abated for determination of counsel. We are in receipt of reporter's record of the abatement hearing held on March 23, 2015. During that hearing, Thomas Martin was permitted to withdraw and Green was informed he had 30 days to hire an attorney or to file his appellate brief. To date, no attorney has made an appearance on behalf of Green, and no appellant's brief is on file.

During the March 23, 2015 hearing, Green was also admonished regarding the dangers and disadvantages of proceeding pro se on this appeal. As no attorney has made an appearance on behalf of Green, we now consider Green to be pro se on this appeal. We reinstate the appeal on our active docket.

Appellant's brief is due within thirty (30) days of the date of this order, with no further extensions. If no brief is filed by that date, the Court may set the case at issue and decide the appeal without briefs. TEX. R. APP. P. 38.8(b)(4).

It is so ORDERED.

Judge's signature: ___/s/_Harvey Brown
                   X  Acting individually     ☐ Acting for the Court

Date:  April  28, 2015